UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X      09-49420-ESS

IN RE:
VAN E. JOHNSON                                                    Chapter 13

    Debtor
-----------------------------------------------------------X      Adv. No.: 13-01445

VAN E. JOHNSON

        Plaintiff,

v.

WELLS FARGO, ET AL.

        Defendant.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Summons and Complaint on behalf of Van E. Johnson by Dahiya Law offices, LLC as counsel was served upon the parties listed below, by the United States first class mail, postage prepaid, in accordance with the Federal Rules of Bankruptcy Procedure on this day of October 9, 2013.

**Wells Fargo Bank**
9062 Old Annapolis Road
Colombia, Maryland 21045

**Bank of America**
135 South LaSalle Street, Suite 2910
Chicago, Illinois 60603

**Morgan Stanley & Co.**
1585 Broadway
New York, New York 10036

**KR Management, LLC**
**Leonard M Ridini Jr Esq**
534 Broad Hollow Road Suite 430
Melville, New York 11747

**Malco Real Estate Inc**
76 Grand Avenue
Massapequa, New York 11758

*[signature]*
Jenny Budman
Dahiya Law Offices, LLC
75 Maiden Lane, Suite 506
New York, NY 10038