Hearing Date/Time:  December 10, 2013 at 9:30 a.m.
Objection Deadline: December 3, 2013 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 13
VAN E. JOHNSON,                                                 :
                                                                :   Case No. 09-49420-ESS
                            Debtor.                             :
----------------------------------------------------------------x
                                                                :
VAN E. JOHNSON,                                                 :
                                                                :
                            Plaintiff,                          :
                                                                :   Adv. Proc. No. 13-01445-ESS
            -against-                                           :
                                                                :
WELLS FARGO BANK, N.A. d/b/a                                    :
AMERICA'S SERVICING COMPANY,                                    :
BANK OF AMERICA, NATIONAL ASSOCIATION,                          :
AS TRUSTEE FOR MORGAN STANLEY                                   :
TRUST 2006-6AR, MORGAN STANLEY                                  :
CAPITAL I INC., MORGAN STANLEY & CO.,                           :
MORGAN STANLEY MORTGAGE CAPITAL INC.,                           :
IDEAL MORTGAGE BANKERS D/B/A                                    :
LEND AMERICA, KR MANAGEMENT LLC,                                :
MALCO REAL ESTATE INC., AND                                     :
JOHN AND JANE DOES 1 THROUGH 10                                 :
                                                                :
                            Defendants.                         :
----------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS THE ADVERSARY COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed declaration, Defendants Wells Fargo Bank, N.A. and Bank of America National Association, as Trustee for Morgan Stanley Loan Trusts 2006-6AR (together, the "Defendants"), will move this court before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza, Brooklyn, New York on **December 10, 2013 at 9:30 a.m.** for an order dismissing the adversary complaint.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and be filed electronically by registered users of this Court's electronic filing system, and be served, so as to be received no later than **December 3, 2013 at 4:00 p.m.**, by

counsel for the Defendants, Hogan Lovells US LLP, 875 Third Avenue, New York, New York 10022, Attention: David Dunn, Esq. and Brian Grieco, Esq.

Dated: New York, New York
       November 6, 2013

                Respectfully Submitted,

                HOGAN LOVELLS US LLP

                By:  /s/ Brian Grieco
                      David Dunn
                      Brian Grieco
                      875 Third Avenue
                      New York, New York 10022
                      Tel: (212) 918-3000
                      Fax: (212) 918-3100

                *Attorneys for Wells Fargo Bank, N.A.*
                *and Bank of America National Association,*
                *as Trustee for Morgan Stanley Loan Trusts*
                *2006-6AR*

TO:    Attached Service List.

# **SERVICE LIST**

Karamvir Dahiya, Esq.  
Dahiya Law Offices, LLC  
75 Maiden Lane  
Suite 506  
New York, New York 10038

KR Management, LLC  
Leonard M. Ridini, Jr., Esq.  
534 Broadhollow Road  
Suite 430  
Melville, New York  11747

Malco Real Estate Inc.  
76 Grand Avenue  
Massapequa, New York  11758

Morgan Stanley & Co.  
1585 Broadway  
New York, New York  10036